1   UNITED STATES DISTRICT COURT
2   DISTRICT OF PUERTO RICO

3   JOSE A. CORDOVA MEDINA, et al.,

4
5        Plaintiffs,                    Civil No. 07-1766 (JAF)

6        v.

7   FIRSTBANK PUERTO RICO,

8        Defendant.
9

10

11                          **O R D E R**

12        Before the court is Defendant's motion to dismiss, Docket

13   Document No. 33-1.  As an alternative to dismissal, Defendant seeks

14   a stay of the above-captioned case pending a final judgment in a

15   related proceeding in Puerto Rico court.  Id.

16        We hereby **ORDER** the parties to clarify for this court the

17   present status of the related case in Puerto Rico court, FirstBank

18   Puerto Rico v. Instituto de Banca, No. KAC2005-8105, **within seventy-**

19   **two (72) hours.**  The parties shall explain (1) exactly what is

20   currently pending before the Court of First Instance and the Puerto

21   Rico Supreme Court, (2) what the parties are pursuing in those

22   courts, and (3) what options remain for the Court of First Instance

23   following the Puerto Rico Supreme Court's apparent remand.  The

24   parties shall further produce any decisions or orders of the Puerto

25   Rico courts that have not yet been filed with this court.

26        **IT IS SO ORDERED.**

27        San Juan, Puerto Rico, this 3rd day of June, 2008.

28                                      S/José Antonio Fusté
29                                      JOSE ANTONIO FUSTE
30                                      Chief U.S. District Judge