1  UNITED STATES DISTRICT COURT
2  DISTRICT OF PUERTO RICO

3  JOSE A. CÓRDOVA-MEDINA, et al.,
4
5      Plaintiffs,                          Civil No. 07-1766 (JAF)

6      v.

7  FIRSTBANK PUERTO RICO,
8
9      Defendant.

10                        **O R D E R**

11      On August 23, 2007, Plaintiffs Fidel Alonso-Valls, his wife

12  Barbara Vilá, and their conjugal partnership brought this action

13  against Defendant FirstBank Puerto Rico for violations of the Bank

14  Holding Company Act ("BHCA"), 12 U.S.C. §§ 1971-78, and Puerto Rico

15  law. Docket Nos. 1, 4. On June 20, 2008, we dismissed Plaintiffs'

16  BHCA claims as barred by the statute of limitations. Docket No. 69.

17  Plaintiffs moved for reconsideration on July 3, 2009. Docket No. 73.

18  Defendant opposed on July 8, 2008.  Docket No. 74.

19      Pursuant to Federal Rule of Civil Procedure 59(e), we entertain

20  motions for reconsideration to (1) correct manifest errors of law or

21  fact, (2) consider newly discovered evidence, (3) incorporate an

22  intervening change in the law, or (4) otherwise prevent manifest

23  injustice. See Marie v. Allied Home Mortgage Corp., 402 F.3d 1, 7 n.2

24  (1st Cir. 2005) (citing 11 Charles Allen Wright, Arthur R. Miller &

25  Mary Kay Kane, Federal Practice and Procedure § 2810.1 (2d ed.

26  1995)); see also Dr. Jose S. Belaval, Inc. v. Pérez-Perdomo, 465 F.3d

27  33, 37 n.4 (1st Cir. 2006); Aybar v. Crispin-Reyes, 118 F.3d 10, 16

28  (1st Cir. 1997); FDIC v. World Univ., Inc., 978 F.2d 10, 16 (1st Cir.

Civil No. 07-1766 (JAF)                                              -2-

1   1992).  Plaintiffs have made no showing, nor do we find, that any of

2   these circumstances are present here.

3        In our previous Opinion and Order, we found that Plaintiffs had

4   failed to allege sufficiently that Defendant had fraudulently

5   concealed a BHCA violation. Docket No. 69. Instead, we found that

6   Plaintiffs could have known of the alleged violation on the date they

7   signed the disputed loan documents and, as a result, their BHCA claim

8   was untimely. Id.

9        Plaintiffs assert that we neglected to consider an "Amended

10  Answer to Complaint and Sworn Counterclaim," (the "Sworn

11  Counterclaim") filed by Plaintiffs in the related case currently

12  pending in Puerto Rico court. Docket No. 73 (citing Docket Nos. 67-2,

13  71-2). Plaintiffs argue that this document generates an issue of fact

14  as to whether Defendant fraudulently concealed its intent to enforce

15  the allegedly illegal loan terms. Id.

16       The Sworn Counterclaim, however, does not present any facts not

17  alleged in Plaintiffs' amended complaint, which we considered in

18  deciding the motion to dismiss. See Docket No. 69 (citing Docket

19  No. 4); Docket No. 71-2. Plaintiffs alleged in their complaint that

20  Defendant had violated the BHCA by requiring Plaintiffs to grant them

21  an unconditional stock option in Plaintiffs' company in exchange for

22  credit. Docket No. 4. Plaintiffs claimed that Defendant had done so

23  by secretly replacing a document requiring the option as collateral

24  on the loan with one making the option unconditional on the date of

25  signing. Id. Nothing in the Sworn Counterclaim changes the fact that

Civil No. 07-1766 (JAF)                                                    -3-

1    Plaintiffs had the loan documents with the allegedly illegal terms in
2    their possession from the date of signing. See Docket No. 71-2. Had
3    Plaintiffs exercised diligence at any time in the following four
4    years, they would have discovered the supposed violation within the
5    statute of limitations. Because they did not do so, their BHCA action
6    is regrettably time-barred.  See Salois v. Dime Sav. Bank, FSB, 128
7    F.3d 20, 26 (1st Cir. 1997).

8        Accordingly, we **DENY** Plaintiffs' motion for reconsideration,
9    Docket No. 73.

10       **IT IS SO ORDERED.**

11       San Juan, Puerto Rico, this 2nd day of March, 2009.

12                                      S/José Antonio Fusté
13                                      JOSE ANTONIO FUSTE
14                                      U.S. District Judge